WILLIAM D. SMITH, Appellant, v. UNITED STATES TRUST COMPANY OF NEW YORK, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 937.]

ROSE ABRAMS et al., Appellants, v. EDWARD DEITZ et al., Defendants, and CLYDE PRONER et al., Respondents.— Orders affirmed, each with $10 costs and disbursements to the respective respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and deny the motions.

WINIFRED PACKENHAM, Respondent, v. JOHN J. PACKENHAM, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SALVATORE LA FATA, Respondent, v. NEWS SYNDICATE CO., INC., et al., Appellants, et al., Defendants.— Orders so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY AMER, an Infant, by SOLOMON AMER, His Guardian ad Litem, et al., Appellants, v. PEPSI-COLA CO., et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TESS B. SCHWARTZ, Appellant, v. OTTO SCHWARTZ, Respondent.— Order so far as appealed from unanimously modified by allowing plaintiff a counsel fee of $100, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between HARRY J. GRUBER, Respondent, and ALBERT SHUMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post*, p. 843.]

BENJAMIN H. ROTH v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 746.]

CARROLL OPERATING COMPANY, INC., v. DODGER ATHLETIC CLUB, INC., et al., and I. T. FLATTO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 768.]

MURRAY BEIN v. BENJAMIN B. SLATER et al., Doing Business under the Name of UNIVERSAL WIRE DIE CO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 764.]

HARRY A. KAHN v. ERNEST KAHN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 768.]

JAMES S. RICHARDS v. JAMES W. DUFF.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 746.]